# EXHIBIT 1

## NOTICE OF RIGHT TO CANCEL

| | |
|---|---|
| LENDER: Ameriquest Mortgage Company | DATE: January 22 2004<br>LOAN NO.: 0067661124 - 7376<br>TYPE: FIXED RATE |

BORROWER(S): Katherine Woodbury

ADDRESS: 7 Eisenhower Drive
CITY/STATE/ZIP: COTUIT, MA 02635

PROPERTY: 7 Eisenhower Drive
COTUIT, MA 02635

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is **ENTER DOCUMENT SIGNING DATE** ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

| | |
|---|---|
| **Ameriquest Mortgage Company**<br>**1100 Town and Country Road, Suite 200**<br>**Orange, CA 92868** | ATTN: FUNDING<br>PHONE: (714)541-9960<br>FAX: (800)664-2256 |

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____   _____
SIGNATURE                    DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

| | | | |
|---|---|---|---|
| BORROWER/OWNER Katherine Woodbury | Date | BORROWER/OWNER DAVID E. WOODBURY | Date |
| BORROWER/OWNER | Date | BORROWER/OWNER | Date |



1064-NRC (Rev 11/03)
00000067661124040050101

**BORROWER COPY**

01/20/2004 4:40:43 PM

# EXHIBIT 2

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0067661124 - 7376  Borrower(s): Katherine Woodbury
Date: January 22, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:
  Ameriquest Mortgage Company
  1100 Town and Country Road, Suite 200  Orange, CA 92868
  ATTN: Funding Department
  Phone: (714)541-9960
  Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____     _____
Borrower/Owner  Katherine Woodbury     Date

_____     _____
Borrower/Owner  DAVID E. WOODBURY     Date

_____     _____
Borrower/Owner     Date

_____     _____
Borrower/Owner     Date

### REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____     _____
Borrower/Owner Signature     Date

850 (10/00)

01/20/2004 4:40:43 PM
**BORROWER COPY**

# EXHIBIT 3



*FROM THE OFFICE OF THE*
## FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
**CLAUDE F. LEFEBVRE**
**CHRISTOPHER M. LEFEBVRE, P.C.**

*ATTORNEYS & COUNSELORS AT LAW*

Ameriquest Mortgage Company               September 26, 2007
1100 Town and Country Road
Suite 1200
Orange, CA 92868

**Re: Notice of Rescission by Katherine Woodbury of 7 Eisenhower Drive, Cotuit, MA 02635; Loan Number: 0067661124; Closing Date: 01/22/2004**

To Whom It May Concern:

    I represent Katherine Woodbury concerning the mortgage loan transaction she and her husband entered into with Ameriquest Mortgage Company on January 22, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23 and it's Massachusetts counterparts, Massachusetts Consumer Credit Cost Disclosure Act, Mass G.L. ch. 140D and 209 C.M.R. part 32.

    The primary basis for the rescission is that Mrs. Woodbury was given incomplete and therefore, inaccurate notice of he right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23 and the Massachusetts counterparts.

    The security interest held by Ameriquest Mortgage Company on the Woodbury's property located at 7 Eisenhower Drive, Cotuit, MA is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

                                                                Very truly yours,
                                                                Katherine Woodbury,
                                                                By her Attorney,

                                                               Christopher M. Lefebvre
                                                                P. O. Box 479
                                                                Pawtucket, RI 02862

**CERTIFIED MAIL-RETURN**
**RECEIPT REQUESTED**

cc: Katherine Woodbury

# EXHIBIT 4

*[handwritten: File Suit this one only]*

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  June 4, 2004
LOAN NO.:  0080241847 - 7396
TYPE:  ADJUSTABLE RATE

BORROWER(S): JAMES JONES     SYLVIA JONES

ADDRESS:          167 MOUNT HOPE STREET
CITY/STATE/ZIP:   ROSLINDALE, MA 02131

PROPERTY:  167 MOUNT HOPE STREET UNIT #8
           ROSLINDALE, MA  02131

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is     **ENTER DOCUMENT SIGNING DATE**

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL.**
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE:  (714)541-9960
FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____        _____
SIGNATURE                        DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____   ____   _____   ____
BORROWER/OWNER JAMES JONES          Date   BORROWER/OWNER SYLVIA JONES         Date

_____   ____   _____   ____
BORROWER/OWNER                      Date   BORROWER/OWNER                      Date

# EXHIBIT 5

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0080241847 - 7396  
Date: June 4, 2004

Borrower(s): JAMES JONES  
SYLVIA JONES

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company  
1600 S Douglass Rd Anaheim, CA 92806  
ATTN: Funding Department  
Phone: (714)541-9960  
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____  
Borrower/Owner   JAMES JONES

_____  
Date

_____  
Borrower/Owner   SYLVIA JONES

_____  
Date

_____  
Borrower/Owner

_____  
Date

_____  
Borrower/Owner

_____  
Date

---

**REQUEST TO CANCEL**

I/We want to cancel loan #_____.

_____  
Borrower/Owner Signature

_____  
Date

# EXHIBIT 6



FROM THE OFFICE OF THE
## FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

Ameriquest Mortgage Company  September 26, 2007
1100 Town and Country Road
Suite 1200
Orange, CA 92868

**Re: Notice of Rescission by James and Sylvia Jones of 167 Mount Hope Street, Roslindale, MA 02131; Loan Number: 0080241847; Closing Date: 06/04/2004**

To Whom It May Concern:

I represent Mr. & Mrs. Jones concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on June 4, 2004. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23 and it's Massachusetts counterparts, Massachusetts Consumer Credit Cost Disclosure Act, Mass G.L. ch. 140D and 209 C.M.R. part 32.

The primary basis for the rescission is that Mr. & Mrs. Jones were given incomplete and therefore, inaccurate notices of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23 and the Massachusetts counterparts.

The security interest held by Ameriquest Mortgage Company on the Jones' property located at 167 Mount Hope Street, Roslindale, MA is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
James Jones & Sylvia Jones,
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: James Jones & Sylvia Jones

# EXHIBIT 7

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE: August 3, 2005
LOAN NO.: 0127092724 - 7386
TYPE: ADJUSTABLE RATE

BORROWER(S): Milton Ramalho

ADDRESS:         27 Willis Street
CITY/STATE/ZIP:  FRAMINGHAM, MA 01702

PROPERTY:   27 Willis Street
            FRAMINGHAM, MA 01702

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE
8/3/05

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:   (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL
8/6/05

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                              DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Milton Ramalho        Date    BORROWER/OWNER Marlene Ramalho      Date

BORROWER/OWNER                       Date    BORROWER/OWNER                      Date

1064-NRC (Rev 11/03)    
0000012709272404000050101

**BORROWER COPY**

08/03/2005 11:52:17 AM

**EXHIBIT 8**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0127092724 - 7386        Borrower(s): Milton Ramalho
Date: August 3, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you**. No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____        _____
Borrower/Owner  Milton Ramalho                Date

_____        _____
Borrower/Owner  Marlene Ramalho               Date

_____        _____
Borrower/Owner                                Date

_____        _____
Borrower/Owner                                Date

### REQUEST TO CANCEL
I/We want to cancel loan #_____

_____        _____
Borrower/Owner Signature                      Date


0000012709272404042220101
850 (10/00)

08/03/2005 11:52:17 AM
**BORROWER COPY**

# EXHIBIT 9



*FROM THE OFFICE OF THE*
**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 1200
Orange, CA 92868

June 6, 2007

**Re: Notice of Rescission by Milton Ramalho and Marlene Ramalho of 27 Willis Street, Framingham, MA 01702; Loan Number: 0127092724; Closing Date: 08/03/2005**

To Whom It May Concern:

I represent Milton Ramalho and Marlene Ramalho concerning the mortgage loan transaction they entered into with Ameriquest on August 3, 2005. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23 and, it's Massachusetts counterpart, Massachusetts Consumer Credit Cost Disclosure Act, Mass G.L. ch. 140D and 209 C.M.R. part 32.

The primary basis for the rescission is that Mrs. Ramalho was not given any material disclosures and that Mr. Ramalho was given materially confusing copies of his notice of right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1035(a) and Regulation Z, Sections 226.17 and 226.23 and, its Massachusetts counterpart.

The security interest held by Countrywide on the Ramalho's property located at 27 Willis Street, Framingham, MA is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Milton and Marlene Ramalho,
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Milton Ramalho and Marlene Ramalho