# UNITED STATES JUDICIAL PANEL

on

# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

January 28, 2008

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL No. 1715 -- IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-36)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 10, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc: Transferee Judge:       Judge Marvin E. Aspen
    Transferor Judges:      (See Attached List of Judges)
    Transferor Clerks:      (See Attached List of Clerks)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JAN 1 0 2008**

FILED
CLERK'S OFFICE

### UNITED STATES JUDICIAL PANEL
on
### MULTIDISTRICT LITIGATION

### IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
### LENDING PRACTICES LITIGATION

MDL No. 1715

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-36)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 292 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 2 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
## LENDING PRACTICES LITIGATION

MDL No. 1715

### SCHEDULE CTO-36 - TAG-ALONG ACTIONS

#### DIST. DIV. C.A. #          CASE CAPTION

CALIFORNIA CENTRAL
CAC  5  07-1641          Brian Daniel, et al. v. ACC Capital Holdings Corp., et al.

MASSACHUSETTS
MA    1  07-11954        Katherine Woodbury. et al. v. Ameriquest Mortgage Co.
MA    1  07-12116        David K. MacDowell, et al. v. Ameriquest Mortgage Co., et al.

MARYLAND
MD    8  07-2013         Samuel Gaillard v. Ameriquest Mortgage Services, Inc., et al.

MICHIGAN EASTERN
MIE   1  07-15111        Bryan A. Young, et al. v. Ameriquest Mortgage Co., et al.
MIE   5  07-15291        James L. Walrod, et al. v. Ameriquest Mortgage Co., et al.

OHIO SOUTHERN
OHS  3  07-421           Rockway Studebaker, et al. v. ACC Capital Holdings Corp., et al.

PENNSYLVANIA EASTERN
PAE  2  07-5079          Michael Garner v. Ameriquest Mortgage Co., et al.

## IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
## LENDING PRACTICES LITIGATION

MDL No. 1715

### INVOLVED COUNSEL LIST (CTO-36)

D. Richard Black Jr.
LAW OFFICE OF D RICHARD BLACK
283 Howard Avenue
Holland, MI 49424

David D. Christensen
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Robert P. Cocco
LAW OFFICES OF ROBERT P COCCO PC
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

Richard S. DeBro
RICHARD S DEBRO LAW OFFICES
3055 Wilshire Blvd., Suite 900
Los Angeles, CA 90015

Charles L. Eisen
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
1601 K Street, NW
Washington, DC 20006

H. Robert Erwin Jr.
ERWIN LAW FIRM PA
10 West Madison Street
Baltimore. MD 21201

Sandhya M. Feltes
KAPLIN STEWART MELOFF
REITER & STEIN
910 Harvest Drive
Blue Bell, PA 19422

Jason E. Goldstein
BUCHALTER NEMER PC
18400 Von Karman Ave., Suite 800
Irvine, CA 92612-0514

Jeffrey M. Hendricks
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street
1900 Fifth Third Center
Cincinnati, OH 45202

Gary E. Klein
RODDY KLEIN & RYAN
727 Altantic Avenue, 2nd Floor
Boston, MA 02111

Bernard E. LeSage
BUCHALTER NEMER PC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
Two Dexter Street
P.O. Box 479
Pawtucket, RI 02862

Jeffery Scott Maynard
MAZANEC RASKIN RYDER & KELLER CO LPA
250 Civic Center Drive, Suite 400
Columbus, OH 43215

**MDL No. 1715 - Involved Counsel List (CTO-36) (Continued)**

Thomas S. Mazanec
MAZANEC RASKIN RYDER & KELLER CO LPA
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139

Marvin Allen Miller
MILLER LAW LLC
115 South LaSalle St., Suite 2910
Chicago, IL 60603

Dominic J. Rizzi
FAUCHER & CAFFERTY
30 N. LaSalle Street
Suite 3200
Chicago, IL 60602

Charles J. Roedersheimer
THOMPSON & DEVENY LLP
1340 Woodman Drive
Dayton, OH 45432

Steven E. Snow
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 West Wacker Drive, 45th Floor
Chicago, IL 60601

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE**
**LENDING PRACTICES LITIGATION**                              MDL No. 1715

### INVOLVED JUDGES LIST (CTO-36)

Hon. Stephen G. Larson
U.S. District Judge
260 George E. Brown, Jr. U.S. Courthouse
3470 Twelfth Street
Riverside, CA 92501

Hon. Nathaniel M. Gorton
U.S. District Judge
3110 John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210-3002

Hon. Richard G. Stearns
U.S. District Judge
7130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Deborah K. Chasanow
U.S. District Judge
465A U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

Hon. Thomas L. Ludington
U.S. District Judge
United States District Court
214 United States Post Office
1000 Washington Avenue
Bay City, MI 48706

Hon. John Corbett O'Meara
Senior U.S. District Judge
400 Federal Building
200 E. Liberty Street
Ann Arbor, MI 48104

Hon. Thomas M. Rose
U.S. District Judge
910 U.S. Courthouse
200 West Second Street
Dayton, OH 45402

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION**                                    MDL No. 1715

## INVOLVED CLERKS LIST (CTO-36)

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

David J. Weaver, Clerk
P.O. Box 913
Bay City, MI 48707

David J. Weaver, Clerk
P.O. Box 8199
Ann Arbor, MI 48107

James Bonini, Clerk
Federal Building, Room 712
200 West Second Street
Dayton, OH 45402

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797