# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:07−cv−11954−NMG

Woodbury et al v. Ameriquest Mortgage Company  
Assigned to: Judge Nathaniel M. Gorton  
Cause: 15:1601 Truth in Lending

Date Filed: 10/15/2007  
Date Terminated: 02/11/2008  
Jury Demand: Plaintiff  
Nature of Suit: 371 Truth in Lending  
Jurisdiction: Federal Question

**Plaintiff**

**Katherine Woodbury**　　represented by　**Christopher M. Lefebvre**  
PO Box 479  
Pawtucket, RI 02862  
401−728−6060  
Fax: 401−728−6534  
Email: court@lefebvrelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Jones**　　represented by　**Christopher M. Lefebvre**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylvia Jones**　　represented by　**Christopher M. Lefebvre**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Milton Ramalho**　　represented by　**Christopher M. Lefebvre**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlene Ramalho**　　represented by　**Christopher M. Lefebvre**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph D. Donnelly**　　represented by　**Christopher M. Lefebvre**  
PO Box 479  
Pawtucket, RI 02862

        401–728–6060
        Fax: 401–728–6534
        Email: court@lefebvrelaw.com
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Donnelly**     represented by     **Christopher M. Lefebvre**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**     represented by     **Steven E. Snow**
        Partridge, Snow &Hahn
        180 South Main Street
        Providence, RI 02903
        401–861–8200
        Fax: 401–861–8210
        Email: ses@psh.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Ameriquest Mortgage Company**     represented by     **Steven E. Snow**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Marlene Ramalho**

**Counter Defendant**

**Joseph D. Donnelly**

**Counter Defendant**

**Jacqueline Donnelly**

**Counter Defendant**

**Katherine Woodbury**

**Counter Defendant**

**James Jones**

**Counter Defendant**

**Sylvia Jones**

**Counter Defendant**

**Milton Ramalho**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2007 | "1 | COMPLAINT against Ameriquest Mortgage Company, filed by Marlene Ramalho, Katherine Woodbury, James Jones, Sylvia Jones, Milton Ramalho. (Attachments: # 1 Civil Cover Sheet # 2 Category Sheet)(3) # Exhibits 1–9 (Boyce, Kathy) 10/15/2007 (Entered: 10/15/2007) |
| 10/15/2007 | " | ELECTRONIC NOTICE of Case Assignment. Judge Nathaniel M. Gorton assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander (Boyce, Kathy) (Entered: 10/15/2007) |
| 10/15/2007 | " | Summons Issued as to Ameriquest Mortgage Company. (Boyce, Kathy) (Entered: 10/15/2007) |
| 10/18/2007 | " | Filing fee: $ 350.00, receipt number 82971 for 1 Complaint (Diskes, Sheila) (Entered: 10/18/2007) |
| 11/08/2007 | "2 | AMENDED COMPLAINT against Ameriquest Mortgage Company, filed by Joseph D. Donnelly, Jacqueline Donnelly, Marlene Ramalho, Katherine Woodbury, James Jones, Sylvia Jones, Milton Ramalho.(Lefebvre, Christopher) Additional attachment(s) added on 11/14/2007 (Sonnenberg, Elizabeth). (Entered: 11/08/2007) |
| 11/14/2007 | " | Notice of correction to docket made by Court staff. Correction: Docket No. 2 corrected because the Attorney added the exhibits to the complaint as one document. The clerk has seperated the exhibits from the complaint and added as attachments. (Sonnenberg, Elizabeth) (Entered: 11/14/2007) |
| 01/04/2008 | "3 | ANSWER to 2 Amended Complaint,, COUNTERCLAIM against all plaintiffs by Ameriquest Mortgage Company.(Snow, Steven) (Entered: 01/04/2008) |
| 01/04/2008 | "4 | CORPORATE DISCLOSURE STATEMENT by Ameriquest Mortgage Company identifying Corporate Parent ACC Capital Holdings Corporation for Ameriquest Mortgage Company.. (Snow, Steven) (Entered: 01/04/2008) |
| 01/23/2008 | "5 | NOTICE of Scheduling Conference Scheduling Conference set for 3/5/2008 03:15 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/23/2008) |
| 01/30/2008 | "6 | Copy of MDL Conditional Transfer Order number 36 in MDL Case 1715 received from the MDL Panel.(Jones, Sherry) (Entered: 01/30/2008) |
| 02/11/2008 | "7 | Certified copy of MDL Conditional Transfer Order number 36 received vial email in MDL Case 1715 received from the Northern District of Illinois requesting transfer of case for consolidated pretrial proceedings. (Jones, Sherry) (Entered: 02/11/2008) |
| 02/11/2008 | "8 | Case transferred to the Northern District of Illinois via case extraction pursuant to Conditional Transfer Order entered by the MDL Panel on 2/11/08. (Jones, Sherry) (Entered: 02/11/2008) |