## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KATHERINE WOODBURY,<br>JAMES and SYLVIA JONES,<br>MILTON and MARLENE RAMALHO,<br>JOSEPH and JACQUELINE J. DONNELLY,<br>**Plaintiffs,**<br><br>VS.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, N.A., as Trustee of<br>AMERIQUEST MORTGAGE SECURITIES,<br>INC., Asset Backed Pass Through Certificates<br>Series 2004-R12, and Series 2005-R10<br>Under the Pooling and Servicing Agreement<br>Without Recourse, AMC MORTGAGE<br>SERVICES, INC., HSBC MORTGAGE<br>SERVICES, INC., and DOES 1-5<br><br>**Defendants.** | **C.A. 08-00738**<br><br>(Originally C.A. 07-11954 (MA))<br><br>**Transferred to Judge Aspen<br>for Pretrial Proceedings<br>under MDL # 1715<br>Lead Case C.A. 05-07097** |

## SECOND AMENDED COMPLAINT

### INTRODUCTION

1. This action seeks redress against Ameriquest Mortgage Company for violations of the Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA") and implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226.23 and it's Massachusetts counterparts, Massachusetts Consumer Credit Cost Disclosure Act, Mass. G.L. ch. 140D and 209 C.M.R. part 32 (hereinafter "MCCDA")

## JURISDICTION AND VENUE

2.  This Court has subject matter jurisdiction over this action under 15 U.S.C. §1640 (TILA), and 28 U.S.C. §§1331 (general jurisdiction),1332 (diversity jurisdiction) and 1337 (interstate commerce).

3.  Venue in this District is proper under 28 U.S.C. § 1391(b) and (c) because Defendant does business in this District.  Defendant is therefore deemed to reside in this District under 28 U.S.C. § 1391( c).

## PARTIES AND FACTS

### Facts Pertaining To Plaintiff Katherine Woodbury

4.  Plaintiff Katherine Woodbury resides at 7 Einsehower Drive, Cotui, MA 02635.

5.  On or about January 22, 2004, Plaintiff Woodbury obtained a loan from Ameriquest, secured by her residence, for the purpose of debt consolidation.  All of the proceeds of the loan were used for personal, family or household purposes.

6.  In connection with the transaction, Plaintiff Woodbury received or signed the following documents:
    1.  A note in the principal amount of $145,000.00;
    2.  A mortgage;
    3.  A Truth in Lending statement;
    4.  A notice of right to cancel, attached as <u>Exhibit 1</u>;
    5.  A One Week Cancellation Period form; attached as <u>Exhibit 2</u>; and
    6.  A HUD-1 Settlement Statement.

7.  On or about September 26, 2007, Plaintiff Woodbury exercised her extended right to rescind the loan for violations of TILA.  A notice of rescission was sent to Ameriquest.  A Copy of the notice is attached as <u>Exhibit 3</u>.

## Facts Pertaining To Plaintiffs James and Sylvia Jones

8. Plaintiffs James and Sylvia Jones reside at 167 Mount Hope St., Roslindale,
MA 02131. They jointly own the property.

9. On or about June 4, 2004, Plaintiffs Jones obtained a loan from Ameriquest,
secured by their residence, for the purpose of debt consolidation. All of the proceeds of
the loan were used for personal, family or household purposes.

10. In connection with the transaction, Plaintiffs Jones received or signed the
following documents:
1. A note in the principal amount of $248,400.00;
2. A mortgage;
3. A Truth in Lending statement;
4. A notice of right to cancel, attached as Exhibit 4;
5. A One Week Cancellation Period form; attached as Exhibit 5; and
6. A HUD-1 Settlement Statement.

11. On or about September 26, 2007, Plaintiffs Jones exercised their extended
right to rescind the loan for violations of TILA. A notice of rescission was sent to
Ameriquest. A Copy of the notice is attached as Exhibit 6.

## Facts Pertaining To Plaintiffs Milton and Marlene Ramalho

12. Plaintiffs Milton and Marlene Ramalho reside at 27 Willis St., Framingham,
MA 01702.

13. On or about August 3, 2005, Plaintiffs Ramalho obtained a loan from
Ameriquest, secured by their residence, for the purpose of debt consolidation. All of the
proceeds of the loan were used for personal, family or household purposes.

14. In connection with the transaction, Plaintiffs Ramalho signed the following
documents:

1. A note in the principal amount of $137,050.00;
2. A mortgage;
3. A Truth in Lending statement;
4. A notice of right to cancel, attached as <u>Exhibit 7</u>;
5. A One Week Cancellation Period form; attached as <u>Exhibit 8</u>; and
6. A HUD-1 Settlement Statement.

15. On or about June 6, 2007  Plaintiffs Ramalho exercised their extended right to rescind the loan for violations of TILA.  A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as <u>Exhibit 9</u>.

## DEFENDANTS

16. Defendant Ameriquest is a National corporation with its principle place of business at 1100 Town and Country Road, Suite 1200, Orange, CA 92868.

17. Ameriquest enters into more than 5 transactions per year in which credit is extended that is secured by the principal residence of a consumer and is used for purposes other than the initial acquisition or construction of the residence.

18. Ameriquest is therefore a creditor as defined in TILA and implementing Federal Reserve Board Regulation Z.

19. Ameriquest is what is commonly known as a "subprime" lender, targeting persons who have or who believe they have impaired credit.

20. Defendant AMC Mortgage Services, Inc., is a foreign corporation which does business in Massachusetts. It is an affiliate of Ameriquest. Its registered agent and office are National Registered Agents, Inc., 303 Congress Street, 2nd. Floor, Boston, MA 02110.

21. Defendant AMC Services, Inc., an affiliate of Ameriquest Mortgage Company, services loans originated by Ameriquest Mortgage Company, and claims an interest in such loans, including the right to receive payments thereunder. It is joined as a

necessary party.

22. Defendant Deutsche Bank National Trust Company, N.A., is a national banking association with a place of business located at 1761 East St. Andrew Place, Santa Ana, California 92705. On information and belief, it holds legal title to Plaintiffs James and Sylvia Jones, Milton and Marlene Ramalho, and Joseph D. and Jacqueline J. Donnelly's loans as trustee. It is joined as a necessary and indispensable party.

23. Defendant Ameriquest Mortgage Securities, Inc., an affiliate of Ameriquest Mortgage Company, is a foreign corporation which transacts business in Massachusetts. It is the beneficial owner of some loans originated by Ameriquest Mortgage Company, Including some of Plaintiffs' . It is located at 1100 Town & Country Road, Suite 1100, Orange, CA 92868.

24. Defendant  HSBC Mortgages Services, Inc. is a foreign corporation which does business in Massachusetts. Its registered agent and office are CT Corporation System, 155 Federal Street, Ste. 700, Boston, MA 02110.  Upon information and belief that it holds legal title to Plaintiff Katherine Woodbury's loan originated by Ameriquest. It is joined as a necessary and indispensable party.

## COUNT I - TRUTH IN LENDING ACT/ MCCDA

25.  Plaintiffs incorporate ¶¶ 1-24 as if fully set out herein.

26.  Because the refinance transactions referenced herein were secured by the Plaintiffs' home, and were not entered into for purposes of the initial acquisition or construction of that home, they were subject to the right to cancel provided by 15 U.S.C. §1635, Regulation Z, 12 C.F.R. §226.23 and it's Massachusetts counterparts.  More

specifically, 15 U.S.C. §1635 provides:

> **The creditor shall clearly and conspicuously disclose, in accordance with regulations of the Board, to any obligor in a transaction subject to this section the rights of the obligor under this section. The creditor shall also provide, in accordance with regulations of the Board, appropriate forms for the obligor to exercise his right to rescind any transaction subject to this section.** (15 U.S.C. § 1635(a).)

27. Regulation Z, promulgated by the Federal Reserve Board pursuant to the Truth in Lending Act, amplifies the statutory requirements. The regulation restates the statutory rescission right, 12 C.F.R. § 226.23(a), and requires that the creditor "deliver" to each person entitled to rescind "two copies" of a document that "clearly and onspicuously disclose" 12 C.F.R. § 226.23(b)(1) the borrower's rescission rights. More specifically, the regulation provides:

> **In a transaction subject to rescission, a creditor shall deliver two copies of the notice of the right to rescind to each consumer entitled to rescind (one copy to each if the notice is delivered by electronic communication as provided in § 226.36(b)). The notice shall be on a separate document that identifies the transaction and shall clearly and conspicuously disclose the following:**
>
> **(i) The retention or acquisition of a security interest in the consumer's principal dwelling.**
>
> **(ii) The consumer's right to rescind the transaction.**
>
> **(iii) How to exercise the right to rescind, with a form for that purpose, designating the address of the creditor's place of business.**
>
> **(iv) The effects of rescission, as described in paragraph (d) of this section.**
>
> **(v) The date the rescission period expires.** (12 C.F.R. § 226.23(b)(1).)

## DEFECTIVE NATURE OF DISCLOSURES

28. In connection with the Plaintiffs' loans, Ameriquest Mortgage Company

failed to provide the required disclosures of the plaintiffs' right to cancel, in violation of 15 U.S.C. §1635, Regulation Z, 12 C.F.R. §226.23 and it's Massachusetts counterparts for (without limitation) the following reasons:

### Failure To Deliver Completed Notices Of The Right To Rescind As To Plaintiffs Woodbury and Jones

29. The copies of the notice of right to cancel actually delivered to Plaintiffs Woodbury and Jones referenced herein were defective and in violation fo Regulation Z and it's Massachusetts counterpart in that they did not specify the date of the transaction and the date of the expiration of the rescission period in violation of 15 U.S.C. §1635, Regulation Z, 12 C.F.R. §226.23 and it's Massachusetts counterpart.

### Failure To Deliver "two copies" Of The Notice Of The Right To Rescind As To Plaintiff Marlene Ramalho

30. Though Plaintiff, Marlene Ramalho was an owner to the property subject to the refinance transaction referenced herein, she was not provided her own two copies of the notice of right to cancel in violation of 15 U.S.C. §1635, Regulation Z, 12 C.F.R. §226.23 and it's Massachusetts counterparts.

### Notices Confusing Where Less Than All Owners Are Obligated As To Plaintiffs Ramalho

31. The Notices of Right To Cancel generated by the Defendant in connection with the Plaintiffs' Ramalho mortgage loans (See <u>Exhibit 7</u>) are inherently confusing with respect to who has a right to cancel in a case in which less than all of the persons signing the mortgage sign the note. The confusing portions were added by Ameriquest to the official Federal Reserve Board text.

32. The top of the Notices of Right To Cancel is addressed to "Borrower(s)."

The text of the notice is addressed to "You," which is reasonably interpreted as applying to the individual whose name appears directly above next to 'Borrower(s)". The bottom of the form states that "Each borrower" has the right to cancel, which is reasonably interpreted as meaning the persons named as "borrower(s)" at the top of the document. While there are signature lines for the Plaintiffs at the bottom of the form, they are there described as "Borrower/ Owner," which presumably means something different than just "Borrower."

33. The statute gives not only each person obligated to repay the loan but each person who resides in and has an ownership interest in the property the right to cancel, and requires a notice to be delivered that unequivocally tells each such person that they have the right to cancel.

### "One Week" Form as To All Plaintiffs

34. The delivery of two different notices of right to cancel is confusing and obfuscatory, resulting in lack of clear and conspicuous disclosure of the right to cancel in violation of 15 U.S.C. §1635, Regulation Z, 12 C.F.R. §226.23 and it's Massachusetts counterpart.

35. Further, the "one week" cancellation notice is misleading, as the period given is actually only six days long. Ameriquest's own personnel found this confusing, and were issued a "job aid" at the beginning of each month listing the expiration dates for the official and "one week" cancellation notices for loans closed each day during the month.

36. Finally, the "one week" notice contains the same ambiguous and confusing references to "borrower" and "owner" as defendants' version of the official Federal

Reserve Board three-day notice.

37. 15 U.S.C. § 1635(g) provides that a court may award damages under section 1640 in addition to rescission.

38. The failure of the Defendant to honor/respond to the notice of rescission is a separate violation of 15 U.S.C. § 1640 (a) entitling the Plaintiffs to an award of statutory damages.

**WHEREFORE,** Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendants as follows:

1. A declaration that Plaintiffs are entitled to rescind;

2. Rescission of the loans;

3. Statutory damages;

4. Attorney's fees, litigation expenses and costs.

5. Such other relief as the Court deems appropriate.

Respectfully submitted,

/s/Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
chris@lefebvrelaw.com

**JURY DEMAND**

Plaintiffs demand trial by jury

/s/Christopher M. Lefebvre

# EXHIBIT  1

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  January 22, 2004
LOAN NO.:  0067801124 - 7376
TYPE:  FIXED RATE

BORROWER(S): Katherine Woodbury

ADDRESS:        7 Eisenhower Drive
CITY/STATE/ZIP:   COTUIT,MA 02635

PROPERTY:  7 Eisenhower Drive
               COTUIT, MA  02635

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |

;

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1100 Town and Country Road, Suite 200**
**Orange, CA 92868**

ATTN:  FUNDING
PHONE:  (714)541-9960
FAX:       (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE                                                    DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.


BORROWER/OWNER Katherine Woodbury              Date         BORROWER/OWNER DAVID E. WOODBURY              Date


BORROWER/OWNER                                       Date         BORROWER/OWNER                                       Date

1064-NRC (Rev 11/03)
0000006786112404000050101

**BORROWER COPY**

01/20/2004 4:40:43 PM

# EXHIBIT   2

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0067661124 - 7376          Borrower(s): Katherine Woodbury
Date: January 22, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1100 Town and Country Road, Suite 200  Orange, CA 92868
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


Borrower/Owner  Katherine Woodbury                        Date


Borrower/Owner  DAVID E. WOODBURY                         Date


Borrower/Owner                                            Date


Borrower/Owner                                            Date

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

Borrower/Owner Signature                                  Date


0000067661124040422201101

850 (10/00)

01:0/2004 4:40:43 PM

**BORROWER COPY**

# EXHIBIT 3



*FROM THE OFFICE OF THE*

FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

Ameriquest Mortgage Company                      September 26, 2007
1100 Town and Country Road
Suite 1200
Orange, CA 92868

Re: Notice of Rescission by Katherine Woodbury of 7 Eisenhower Drive, Cotuit, MA
02635; Loan Number: 0067661124; Closing Date: 01/22/2004

To Whom It May Concern:

    I represent Katherine Woodbury concerning the mortgage loan transaction she and
her husband entered into with Ameriquest Mortgage Company on January 22, 2004.
Please be advised that I have been authorized by my client to rescind that transaction and
hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section
1635 and Regulation Z, Section 226.23 and it's Massachusetts counterparts,
Massachusetts Consumer Credit Cost Disclosure Act, Mass G.L. ch. 140D and 209
C.M.R. part 32.

    The primary basis for the rescission is that Mrs. Woodbury was given incomplete
and therefore, inaccurate notice of he right to cancel the above consumer credit contract,
in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23
and the Massachusetts counterparts.

    The security interest held by Ameriquest Mortgage Company on the Woodbury's
property located at 7 Eisenhower Drive, Cotuit, MA is void as of this rescission.
Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission
to return to my client all monies paid and to take action necessary and appropriate to

Very truly yours,
Katherine Woodbury,
By her Attorney,

*[signature]*

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Katherine Woodbury

*TWO DEXTER STREET, P.O. BOX 479   PAWTUCKET, RI 02862      PHONE: (401) 728-6060   FAX: (401) 728-6534*

# EXHIBIT 4

*File Suit
this issue
only*

## NOTICE OF RIGHT TO CANCEL

LENDER:    Ameriquest Mortgage Company

DATE:    June 4, 2004
LOAN NO.:    0080241847 - 7396
TYPE:    ADJUSTABLE RATE

BORROWER(S): JAMES JONES      SYLVIA JONES

ADDRESS:      167 MOUNT HOPE STREET
CITY/STATE/ZIP:    ROSLINDALE,MA 02131

PROPERTY:    167 MOUNT HOPE STREET UNIT #8
ROSLINDALE,  MA  02131

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.    The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

;

or
2.    The date you received your Truth in Lending disclosures;
or
3.    The date you received this notice      our right to cancel.

If you cancel the transaction, the mortgage    /security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the ste    necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN:  FUNDING
1600 S Douglass Rd                          PHONE: (714)541-9960
Anaheim, CA 92806                          FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must          ENTER FINAL DATE TO CANCEL
send the notice no later than MIDNIGHT of

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

SIGNATURE _____          DATE _____

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER JAMES JONES          Date      BORROWER/OWNER SYLVIA JONES          Date

BORROWER/OWNER          Date      BORROWER/OWNER          Date

BORROWER COPY

# EXHIBIT 5

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0080241847 - 7396

Date: June 4, 2004

Borrower(s): JAMES JONES
SYLVIA JONES

**You have the right under Federal or state law to three (3) business days during** which you can **cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  JAMES JONES                                              Date

_____          _____
Borrower/Owner  SYLVIA JONES                                            Date

_____          _____
Borrower/Owner                                                                    Date

_____          _____
Borrower/Owner                                                                    Date

## REQUEST TO CANCEL

I/We want to cancel loan # _____

_____          _____
Borrower/Owner Signature                                                    Date

# EXHIBIT 6



*FROM THE OFFICE OF THE*

**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

Ameriquest Mortgage Company                    September 26, 2007
1100 Town and Country Road
Suite 1200
Orange, CA 92868

Re: Notice of Rescission by James and Sylvia Jones of 167 Mount Hope Street,
Roslindale, MA 02131; Loan Number: 0080241847; Closing Date: 06/04/2004

To Whom It May Concern:

      I represent Mr. & Mrs. Jones concerning the mortgage loan transaction they
entered into with Ameriquest Mortgage Company on June 4, 2004. Please be advised that
I have been authorized by my clients to rescind that transaction and hereby exercise that
right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and
Regulation Z, Section 226.23 and it's Massachusetts counterparts, Massachusetts
Consumer Credit Cost Disclosure Act, Mass G.L. ch. 140D and 209 C.M.R. part 32.

      The primary basis for the rescission is that Mr. & Mrs. Jones were given
incomplete and therefore, inaccurate notices of their right to cancel the above consumer
credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections
226.17 and 226.23 and the Massachusetts counterparts.

      The security interest held by Ameriquest Mortgage Company on the Jones'
property located at 167 Mount Hope Street, Roslindale, MA is void as of this rescission.
Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission
to return to my clients all monies paid and to take action necessary and appropriate to
terminate the security interest.

Very truly yours,
James Jones & Sylvia Jones,
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: James Jones & Sylvia Jones

# EXHIBIT 7

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  August 3, 2005
LOAN NO.:   0127092724 - 7386
TYPE:   ADJUSTABLE RATE

BORROWER(S): Milton Ramalho

ADDRESS:   27 Willis Street
CITY/STATE/ZIP:   FRAMINGHAM, MA 01702

PROPERTY:   27 Willis Street
FRAMINGHAM,  MA  01702

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| 8/3/05 |

;

or

2.   The date you received your Truth in Lending disclosures;

or

3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  FUNDING
PHONE:  (714)634-3494
FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| 8/10/05 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                        DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____   _____   _____   _____
BORROWER/OWNER Milton Ramalho             Date       BORROWER/OWNER Marlene Ramalho            Date

_____   _____   _____   _____
BORROWER/OWNER                                   Date       BORROWER/OWNER                                   Date

1004-NRC (Rev 11/03)

00000127092724040000050101

**BORROWER COPY**

08/03/2005 11:52:17 AM

# EXHIBIT 8

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0127092724 - 7386                    Borrower(s): Milton Ramalho
Date: August 3, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

---

Borrower/Owner  Milton Ramalho                                     Date

Borrower/Owner  Marlene Ramalho                                    Date

---

Borrower/Owner                                                     Date

---

Borrower/Owner                                                     Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

Borrower/Owner Signature                                          Date

---

08/03/2005 11:52:17 AM

0000012709272404042201011

R501(10/00)

BORROWER COPY

# EXHIBIT 9



*FROM THE OFFICE OF THE*

### FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

Ameriquest Mortgage Company                    June 6, 2007
1100 Town and Country Road
Suite 1200
Orange, CA 92868

**Re: Notice of Rescission by Milton Ramalho and Marlene Ramalho of 27 Willis Street, Framingham, MA 01702; Loan Number: 0127092724; Closing Date: 08/03/2005**

To Whom It May Concern:

      I represent Milton Ramalho and Marlene Ramalho concerning the mortgage loan transaction they entered into with Ameriquest on August 3, 2005. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23 and, it's Massachusetts counterpart, Massachusetts Consumer Credit Cost Disclosure Act, Mass G.L. ch. 140D and 209 C.M.R. part 32.

      The primary basis for the rescission is that Mrs. Ramalho was not given any material disclosures and that Mr. Ramalho was given materially confusing copies of his notice of right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23 and, its Massachusetts counterpart.

      The security interest held by Countrywide on the Ramalho's property located at 27 Willis Street, Framingham, MA is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies and _____ as necessary and appropriate to terminate the security interest.

                    Very truly yours,
                    Milton and Marlene Ramalho,
                    By their Attorney,

                    Christopher M. Lefebvre
                    P. O. Box 479
                    Pawtucket, RI 02862

CERTIFIED MAIL-RETURN RECEIPT REQUESTED

cc: Milton Ramalho and Marlene Ramalho

*TWO DEXTER STREET, P.O. BOX 479    PAWTUCKET, RI 02862    PHONE: (401) 728-6060    FAX: (4-1) 728-6534*

# EXHIBIT 10

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  October 21, 2004
LOAN NO.:  0096403068 - 7350
TYPE:  ADJUSTABLE RATE

BORROWER(S): Joseph D. Donnelly    Jacqueline J. Donnelly

ADDRESS:       442 Irene Street
CITY/STATE/ZIP:  Chicopee,MA 01020

PROPERTY:   442 Irene Street
Chicopee, MA  01020

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

;

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE: **(714)634-3494**
FAX:     **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

SIGNATURE                                                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Joseph D. Donnelly                    Date        BORROWER/OWNER Jacqueline J. Donnelly              Date

BORROWER/OWNER                                                       Date        BORROWER/OWNER                                           Date

1064-NRC (Rev 11/03)   
00000096403068400050101

**BORROWER COPY**

10/21/2004 11:31:53 AM

# EXHIBIT   11

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0096403068 - 7350
Date:  October 21, 2004

Borrower(s): Joseph D. Donnelly
Jacqueline J. Donnelly

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Joseph D. Donnelly_  
Borrower/Owner  Joseph D. Donnelly          Date _10-21-04_

_Jacqueline J. Donnelly_  
Borrower/Owner  Jacqueline J. Donnelly          Date _10-21-04_

Borrower/Owner          Date

Borrower/Owner          Date

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

Borrower/Owner Signature          Date

850 (10/00)

0000000964030680404220101

10/21/2004 11:31:53 AM

**BORROWER COPY**