IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KATHERINE WOODBURY,<br>JAMES and SYLVIA JONES,<br>MILTON and MARLENE RAMALHO,<br>JOSEPH and JACQUELINE J. DONNELLY,<br>**Plaintiffs,**<br><br>VS.<br><br><br>AMERIQUEST MORTGAGE COMPANY,<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, N.A., as Trustee of<br>AMERIQUEST MORTGAGE SECURITIES,<br>INC., Asset Backed Pass Through Certificates<br>Series 2004-R12, and Series 2005-R10<br>Under the Pooling and Servicing Agreement<br>Without Recourse, AMC MORTGAGE<br>SERVICES, INC., HSBC MORTGAGE<br>SERVICES, INC., and DOES 1-5<br><br>**Defendants.** | C.A. 08-00738<br><br>(Originally C.A. 07-11954 (MA))<br><br>Transferred to Judge Aspen for under MDL # 1715 Lead Case C.A. 05-07097 |

### NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that, on Thursday, August 7, 2008 at 10:30 am we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**, a copy of which is hereby served upon you.

                                      /s/ Christopher M. Lefebvre
                                      Christopher M. Lefebvre

Claude Lefebvre, Christopher Lefebvre P.C.<br>
P.O. Box 479<br>
Pawtucket, RI 02862<br>
(401) 728-6060<br>
(401) 728-6534 (FAX)<br>
Chris@lefebvrelaw.com

## CERTIFICATE OF SERVICE

I, Christopher M. Lefebvre, hereby certify that on Tuesday July 29, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent by e-mail or via U.S. Mail to those parties not registered with the court's electronic filing system.

**Bernard E. LeSage**
blesage@buchalter.com

**Deutsche Bank National Trust Co., N.A.**
1761 E. St. Andrew Place
Santa Ana, CA 92705

**HSBC Mortgage Service, Inc.**
c/o CT Corporation System
155 Federal Street, STE 700
Boston, MA 02110

/s/ Christopher M. Lefebvre