AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KATHERINE WOODBURY, et al.,

V.

AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST CO. as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC., HSBC Mortgage Services, Inc., and DOES 1-5

CASE NUMBER: 08-cv-738, under MDL #1715

ASSIGNED JUDGE: Judge Marvin E. Aspen

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Deutsche Bank National Trust Co.
1761 E. St. Andrew Place, Santa Ana, CA 92705
HSBC Mortgage Services, Inc.
c/o CT Corporation System, 155 Federal Street, STE 700, Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



August 7, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons second amended and complaint was made by me<sup>(1)</sup> & exhibits | DATE Aug. 15, 2008   12:15PM |
| NAME OF SERVER (PRINT) Michael B. Fixman | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served in hand to Yvette Concepcion, process clerk for CT Corporation System and agent authorized to accept service on behalf of HSBC Mortgage Services, Inc. Served at 155 Federal St, Suite 700, Boston, MA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/15/08
                   Date          Signature of Server

72 Hancock St., Everett, MA 02149
617-387-1100
*Address of Server*

ALBERT F. PALLADINO, Notary Public
My Commission Expires June 23, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.